<u>Taylor v. Wachovia Securities Inc.</u>, CV-09-368 (Superior Ct. Cumberland)

The court has reviewed defendant's motion to dismiss and plaintiff's opposition to that motion.

Plaintiff acknowledges that Count I of the complaint (negligence) should be dismissed. He contends, however, that count II of the complaint (breach of contract) survives.

For purposes of a motion to dismiss, the material allegations of the complaint must be taken as admitted. The complaint must be read in the light most favorable to the plaintiff to determine if it sets forth elements of a cause of action or alleges facts that would entitle plaintiff to relief pursuant to some legal theory. A claim shall only be dismissed when it appears beyond doubt that a plaintiff is not entitled to relief under any set of facts that he might prove in support of his claim. <u>In re Wage Payment Litigation</u>, 2000 ME 162 ¶ 3, 759 A.2d 217, 220.

Under that standard, count II of the complaint states a cognizable claim for breach of a contractual obligation owed to a third party beneficiary.

The entry shall be:

Defendant's motion to dismiss is granted as to count I of the complaint and is denied as to count II of the complaint. The Clerk is directed to incorporate this order in the docket by reference pursuant to Rule 79(a).

Dated: December __8__, 2009

Thomas D. Warren
Justice, Superior Court

GEORGE M TAYLOR VS WACHOVIA
UTN:AOCSsr  -2009-0066759                    CASE #:PORSC-CV-2009-00368

------------------------------------------------------------------------

04 0000008465          HANSEL, GREGORY P
    ONE CITY CENTER PO BOX 9546 PORTLAND ME 04112-9546
    F    WACHOVIA SECURITIES LLC              DEF       RTND    08/07/2009

05 00000000V1          ATTORNEY, VISITING
    -  -    -
    F    WACHOVIA SECURITIES LLC              DEF       RTND    09/15/2009

06 0000004332          CARVER, JOSHUA R
    ONE CITY CENTER PO BOX 9546 PORTLAND ME 04112-9546
    F    WACHOVIA SECURITIES LLC              DEF       RTND    08/07/2009

--------------------------------------------------------------------------------

01 0000003895          NORTON, TIMOTHY
       53 EXCHANGE ST PO BOX 597 PORTLAND ME 04112-0597
       F     GEORGE M TAYLOR                          PL      RTND   06/22/2009
                                                              W/DRWN 09/04/2009

02 0000000299          STEVENS, GRAYDON
       53 EXCHANGE ST PO BOX 597 PORTLAND ME 04112-0597
       F     GEORGE M TAYLOR                          PL      RTND   09/04/2009

03 0000000297          ZIMMERMAN, BARRY
       53 EXCHANGE ST PO BOX 597 PORTLAND ME 04112-0597
       F     GEORGE M TAYLOR                          PL      RTND   06/22/2009